# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

NATHAN L. CASTILLO,

    Plaintiff,

v.                                                         No. CV 21-300 CG

ANDREW M. SAUL,
Commissioner of the
Social Security Administration,

    Defendant.

## ORDER GRANTING EXTENSION

**THIS MATTER** is before the Court on Defendant Commissioner Andrew Saul's *Unopposed First Motion of Defendant for Extension of Time to File Answer and Certified Administrative Record* (the "Motion"), (Doc. 7), filed June 2, 2021. The Court, having considered the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendant shall have until **August 3, 2021**, to file the Electronic Certified Administrative Record and Answer to Plaintiff's Complaint.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE