IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

NATHAN L. CASTILLO,

        Plaintiff,

v.                                                                                                                                         No. CV 21-300 CG

KILOLO KIJAKAZI,[1]
Commissioner of the
Social Security Administration,

        Defendant.

## ORDER GRANTING UNOPPOSED MOTION TO REMAND
## UNDER SENTENCE FOUR OF 42 U.S.C. § 405(g)

**THIS MATTER** is before the Court on Defendant Commissioner Kilolo Kijakazi's *Unopposed Motion and Brief to Reverse and Remand for Further Administrative Proceedings Pursuant to Sentence Four of 42 U.S.C. § 405(g)* (the "Motion"), (Doc. 19), filed November 30, 2021. The Court, having reviewed the Motion, and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that the Commissioner's decision in this matter is **REVERSED** pursuant to sentence four of 42 U.S.C. § 405(g) and the case is **REMANDED** to the Commissioner for further administrative proceedings.[2]

**IT IS SO ORDERED**.

                                                                  THE HONORABLE CARMEN E. GARZA
                                                                  CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] Kilolo Kijakazi was appointed Acting Commissioner of the Social Security Administration on July 9, 2021.

[2] The Court will enter a separate order of final judgment pursuant to Federal Rule of Civil Procedure 58. *See Shalala v. Schaefer*, 509 U.S. 292 (1993).